AUSA Noah Litton

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SMALL, JAQUAN FONTAINE | ) | Case No. 2:22-mj-568 |
| USMS#: 78372-061 | ) | |
| FID: 10928814 | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __07/23/22__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from Custody |

This criminal complaint is based on these facts:

On or about July 23rd, 2022, Jaquan Small did knowingly escape from the custody of the United States Bureau of Prisons, in violation of 18 U.S.C. § 751(a). Furthermore, the aforementioned escape from custody occurred within the Southern District of of Ohio.

☑ Continued on the attached sheet.

*Complainant's signature*

David A. Youngless, Jr. / Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/18/2022

*Judge's signature*

City and state: Columbus, OH

Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, David A. Youngless, Jr., being duly sworn, do hereby declare and state the following:

1. I am employed as a Deputy U.S. Marshal and have been so employed since July 2011. As a Deputy U.S. Marshal, I am authorized under 18 U.S.C. § 564 to enforce the laws of the United States, including 18 U.S.C. § 751, entitled Prisoners in Custody of Institution or Officer, and all of its subsections.

2. On or about June 6, 2020, Jaquan Small was sentenced by United States District Judge James L. Graham to 48 months of incarceration in the Bureau of Prisons (BOP) following a conviction under 18 U.S.C. §§ 922(g)(1) and 924(a)(2) for Felon in Possession of a Firearm.

3. On or about September 28, 2020, Small was released to custody of the BOP, ultimately being transferred to USP Big Sandy.

4. On or about June 14, 2022, Small was transferred from USP Big Sandy to the Alvis House for Men, located at 1755 Alum Creek Drive Columbus, Ohio, where he was to remain in the custody of the BOP until his projected release date of December 7, 2022. The Alvis House is a Halfway House in the Southern District of Ohio, and a facility approved by the BOP for transitioning federal inmates. When an inmate is serving part of his sentence at the Alvis House, he remains in BOP custody.

5. On or about July 23, 2022, at approximately 11:31am, Small packed his property and walked out the front door of Alvis House. Alvis House staff attempted to talk him out of leaving but he felt he was going to be locked up for two rule violations he received and therefore exited the building. He is not outfitted with a GPS tracker and he has turned his cell phone off. BOP placed Small on Escape status.

6. As of August 11, 2022, Small has not returned to the Alvis House and his whereabouts are unknown.

7. Based on the foregoing facts and my knowledge and experience, I submit that probable cause exists to believe Jaquan Small did knowingly escape from the custody of the United States Bureau of Prisons in violation of 18 U.S.C. § 751(a). I thereby request the issuance of a criminal complaint and arrest warrant.

David A. Youngless, Jr.
Deputy U.S. Marshal

Sworn before me and subscribed in my presence this 18th day of August 2022, at Columbus, Ohio

ELIZABETH A. PRESTON-DEAVERS
UNITED STATES MAGISTRATE JUDGE